IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDY RYE )
 ) No. 3-10-1221
v. )
 )
CITY OF CLARKSVILLE, TENNESSEE )

O R D E R

Pursuant to the order entered December 27, 2012 (Docket Entry No. 56), counsel for the parties called the Court on January 17, 2013, at which time plaintiff's counsel expressed interest in scheduling a settlement conference and defendant's counsel indicated interest depending upon the plaintiff's demand.

Plaintiff's counsel agreed to make a settlement demand on January 18, 2013. Therefore, defendant's counsel shall consult with the City's attorney before determining whether to agree to participate in a settlement conference.

Counsel for the parties shall call the Court again on **Thursday, January 24, 2013, at 10:00 a.m.,** to be initiated by defendant's counsel, to address whether the parties want to participate in a settlement conference, and, if so, with whom and when.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge